IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:23-CR- 456 (DNH) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **STEVEN VALDER,** | ) | Violations:   18 U.S.C. § 2251(a) [Sexual Exploitation of a Child] |
| **Defendant.** | ) | |
| | ) | 18 U.S.C. § 2260A [Felony Offense Involving a Minor by a Registered Sex Offender] |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(2)(A) [Receipt of Child Pornography] |
| | ) | |
| | ) | 4 Counts and Forfeiture Allegation |
| | ) | |
| | ) | County of Offense:   Onondaga |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Sexual Exploitation of a Child]**

On about February 5, 2023, in Onondaga County in the Northern District of New York, the defendant, **STEVEN VALDER**, did use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, where the visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 2
### [Sexual Exploitation of a Child]

On or about March 2, 2023, in Onondaga County in the Northern District of New York, the defendant, **STEVEN VALDER**, did use, persuade, induce, entice, and coerce and attempt to use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, where the visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 3
### [Felony Offense Involving a Minor by a Registered Sex Offender]

In or about February and March 2023, in Onondaga County in the Northern District of New York, the defendant **STEVEN VALDER,** an individual required by Federal and other law to register as a sex offender, committed a felony offense involving a minor, that is Sexual Exploitation of a Child under Title 18, United States Code, Section 2251(a), in violation of Title 18, United States Code, Section 2260A.

## COUNT 4
### [Receipt of Child Pornography]

From in or about March through May, 2023, in Onondaga County in the Northern District of New York, the defendant **STEVEN VALDER,** did knowingly receive child pornography using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including by computer, in that, using the Internet, the defendant received, to his Motorola Moto G Pure cellular telephone, graphic image and video files depicting one or more minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## PRIOR CONVICTIONS ALLEGATIONS

The defendant **STEVEN VALDER** has a prior final sex conviction in which a minor was the victim, which is also a conviction under the laws of New York State relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor or ward, in that on March 8, 2010 he pled guilty in Cayuga County Court to Criminal Sexual Act in the First Degree, in violation of New York Penal Law, Section 130.50(1), which makes it unlawful to engage in oral sexual conduct or anal sexual conduct with another person by forcible compulsion. This offense is a prior sex conviction in which a minor is was the victim, in that it involved anal sexual conduct by forcible compulsion with a 14-year-old minor male child. On March 11, 2010 the defendant was sentenced to 10 years imprisonment and 10 years post-release supervision.

This prior conviction affects the penalty provisions associated with Counts 1 and 2, pursuant to Title 18, United States Code, Section 3559(e). This prior conviction also affects the penalty provisions associated with Counts 1, 2 and 4, pursuant to Title 18, United States Code, Sections 2251(e) and 2252A(b)(1).

The defendant **STEVEN VALDER** also has a prior final conviction under Chapter 110 of the United States Code, in that on or about September 22, 2009 he pled guilty in United States District Court for the Northern District of New York to Transportation and Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(a)(5)(B), and on March 5, 2010 was sentenced on those offenses to concurrent terms of 180 months and 120 months imprisonment and lifetime supervised release.

This prior conviction affects the penalty provisions associated with Counts 1, 2 and 4, pursuant to Title 18, United States Code, Sections 2251(e) and 2252A(b)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1, 2 and 4 of this Indictment are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253(a)(3), upon conviction of the charges alleged in Counts 1, 2 and 4, the defendant, **STEVEN VALDER**, shall forfeit to the United States of America any property, real and personal, used and intended to be used to commit and to promote the commission of the offense. The property subject to forfeiture includes, but is not limited to, the following:

a. a Motorola Moto G Pure (XT2163DL), IMEI: 357852526271328; and

b. a SanDisk Ultra Plus 32GB SD card Number: 2081YVDSE1MK, found within the phone.

Dated: November 15, 2023

A TRUE BILL.

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: Lisa M. Fletcher
Assistant United States Attorney
Bar Roll No. 510187

4